UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW S. KINDLE,<br><br>               Plaintiff,<br><br>     v.<br><br>VANDERLANDE INDUSTRIES, INC.,<br><br>               Defendant. | Case No. 2:23-cv-09738-DOC-SHK<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, Defendant Vanderlande Industries, Inc.'s ("Defendant") Motion to Dismiss, or, In The Alternative, for a More Definitive Statement ("MTD"), the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed.  The Court accepts the findings and recommendation of the Magistrate Judge.

/ / /

/ / /

/ / /

/ / /

/ / /

1     IT IS THEREFORE ORDERED that: (1) Defendant's MTD is GRANTED; (2) the Complaint is DISMISSED without prejudice and with leave to amend as to all claims, except Plaintiff's Occupational Safety and Health Act claim, which is DISMISSED with prejudice; and (3) Plaintiff shall file a First Amended Complaint within 21-days of the date of this Order.

Dated: July 8, 2024

*David O. Carter*
HONORABLE DAVID O. CARTER
United States District Judge