JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW S. KINDLE, | Case No. 2:23-cv-09738-DOC-SHK |
| Plaintiff, | |
| v. | **JUDGMENT** |
| VANDERLANDE INDUSTRIES, INC., | |
| Defendant. | |

Pursuant to the Presented By Order Dismissing the Complaint,

IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice.

Dated: August 16, 2024

*David O. Carter*

HONORABLE DAVID O. CARTER
United States District Judge